Case 8:02-cv-01675-RAL   Document 225   Filed 05/22/07   Page 1 of 1 PageID 2362

Case 8:02-cv-01675-RAL   Document 225   Filed 05/22/07   Page 1 of 1 PageID 2362

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE MACOLA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　CASE NO: 8:02-cv-1675-T-26MAP

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

INGE QUIGLEY, as Personal Representative
of the Estate of Francis E. Quigley, deceased,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　CASE NO: 8:03-cv-1349-T-26EAJ

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Reschedule Status Conference (Dkt. 224) is denied. Defendant's counsel may appear telephonically at the status conference so long as he contacts Deputy Courtroom Clerk Rita Cole (813-301-5354) 24 hours in advance of the hearing to advise her of the telephone number at which he can be reached.

**DONE AND ORDERED** at Tampa, Florida, on May 22, 2007.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record