**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE MACOLA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 8:02-cv-1675-T-26MAP

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.

INGE QUIGLEY, as Personal Representative of the Estate of Francis E. Quigley, deceased,

    Plaintiff,　　　　　　　　　　　　　　　　　　CASE NO: 8:03-cv-1349-T-26EAJ

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.
_____/

# O R D E R

Upon due consideration of the parties submissions, it is ordered and adjudged as follows:

1) Plaintiff Michele Macola's Motion for Order Permitting Voluntary Dismissal With Prejudice (Dkt. 257) is granted.

2) Plaintiff Michele Macola's claims in this case are dismissed with prejudice and she is forever barred from bringing an action based on those claims against Defendant GEICO.

3) The clerk is directed to close case number 8:02-cv-1675-T-26MAP.

4) The trial of this case will proceed under case number 8:03-cv-1349-T-26EAJ with the caption of Inge Quigley, as Personal Representative of the Estate of Francis E. Quigley, deceased, v. Government Employees Insurance Company.

**DONE AND ORDERED** at Tampa, Florida, on November 7, 2007.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record